# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:

| | |
|---|---|
| BEVSYSTEMS INTERNATIONAL, INC., | CASE NO. 8:04-bk-06248-KRM |
| | CHAPTER 11 |
| Debtor. | |
| _____/ | |

| | |
|---|---|
| BEVSYSTEMS INTERNATIONAL, LTD., | CASE NO: 8:04-bk-11900-KRM |
| | CHAPTER 11 |
| Debtor. | |
| _____/ | |

## NOTICE OF FILING STATEMENTS OF MONTHLY DISBURSEMENTS FROM OCTOBER 1, 2008 THROUGH DECEMBER 31, 2008

PLEASE TAKE NOTICE that Larry S. Hyman, Creditor Trustee for the reorganized Bevsystems International, Inc., and Bevsystems International, Ltd., subsequently consolidated by the "Order Confirming Joint Plan" entered on April 20, 2006 [Docket No. 424], by and through his undersigned attorneys, hereby files with the Clerk of the Bankruptcy Court, Middle District of Florida, Tampa Division, statements of monthly disbursements from October 1, 2008 through December 31, 2008 for Bevsystems International, Inc.

DATED: January 23, 2009.

/s/ Cheryl Thompson
**JOHN A. ANTHONY, ESQUIRE**
Florida Bar No. 0731013
**CHERYL THOMPSON, ESQUIRE**
Florida Bar No. 0970931
GRAYROBINSON, P.A.
201 N. Franklin Street – Suite 2200
Tampa, Florida 33602
Telephone: (813) 273-5066
Fax: (813) 221-4113
*Attorneys for Larry S. Hyman, Creditor Trustee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the "Notice of Filing Statement of Monthly Disbursements from October 1, 2008, through December 31, 2008" has been furnished electronically or by first class U.S. mail as indicated below, on this 23rd day of January, 2009, to:

| | |
|---|---|
| Theresa M. Boatner, Esquire<br>Office of the United States Trustee<br>501 East Polk Street, Ste. 1200<br>Tampa, Florida 33602 | Larry Hyman<br>106 S. Tampania Drive, Ste. 200<br>Tampa, Florida 33609 |

/s/Cheryl Thompson
**ATTORNEY**

# 1554478 v1/vlg