EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
BEVSYSTEMS INTERNATIONAL, INC.,

CHAPTER 11
CASE No. 8:04-bk-06248-KRM

_____/

## STATEMENT OF MONTHLY DISBURSEMENTS

During the month of October 2008, the Debtor in the above referenced confirmed case made the following disbursements:

| | | |
|---|---|---|
| A. | Disbursements under the Plan: | $ 325.00 |
| B. | Disbursements not under the Plan: | $ 0.00 |
| | TOTAL | $ 325.00 |

The Plan of Reorganization was confirmed on 04/20/06.

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Date: January 21, 2009

/s/ Larry S. Hyman
Larry S. Hyman, Liquidating Trustee
e-mail: lhyman@epitrustee.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:
BEVSYSTEMS INTERNATIONAL, INC.,　　　　CHAPTER 11
　　　　　　　　　　　　　　　　　　　　　　　　CASE No. 8:04-bk-06248-KRM
_____/

## STATEMENT OF MONTHLY DISBURSEMENTS

During the month of November 2008, the Debtor in the above referenced confirmed case made the following disbursements:

| | | |
|---|---|---|
| C. | Disbursements under the Plan: | $ 0.00 |
| D. | Disbursements not under the Plan: | $ 0.00 |
| | TOTAL | $ 0.00 |

The Plan of Reorganization was confirmed on 04/20/06.

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Date: January 21, 2009　　　　　　　　/s/ Larry S. Hyman
　　　　　　　　　　　　　　　　　　　　Larry S. Hyman, Liquidating Trustee
　　　　　　　　　　　　　　　　　　　　e-mail: lhyman@epitrustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
BEVSYSTEMS INTERNATIONAL, INC.,     CHAPTER 11
CASE No. 8:04-bk-06248-KRM

_____/

## STATEMENT OF MONTHLY DISBURSEMENTS

During the month of December 2008, the Debtor in the above referenced confirmed case made the following disbursements:

| | | |
|---|---|---|
| E. | Disbursements under the Plan: | $ 0.00 |
| F. | Disbursements not under the Plan: | $ 0.00 |
| | TOTAL | $ 0.00 |

The Plan of Reorganization was confirmed on 04/20/06.

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Date: January 21, 2009      /s/ Larry S. Hyman
Larry S. Hyman, Liquidating Trustee
e-mail: lhyman@epitrustee.com